UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

MARTIN AVALO,

                Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/30/23

13-CR-811 (ALC)
16-CR-108 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Violation of Supervised Release Hearing is set for **December 7, 2023,** at **4:00 p.m.**

**SO ORDERED.**

**Dated:**    New York, New York
             November 30, 2023

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**