UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                         Plaintiff,

      -against-

MARTIN AVALO,

                        Defendant.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-4-23

13-CR-811 (ALC)
16-CR-108 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing set for December 7, 2023 is adjourned to **December 21, 2023** at **3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
              December 4, 2023

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**