UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-5-24

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

      -against-

MARTIN AVALO,

                   Defendant.

16-CR-108 (ALC)
13-CR-811 (ALC)

**ORDER**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The parties shall file a joint status report on **June 14, 2024**.

**SO ORDERED.**

Dated:    New York, New York
           June 5, 2024

_____
ANDREW L. CARTER, JR.
United States District Judge