```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-18-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                          Plaintiff,

           -against-

MARTIN AVALO,

                         Defendant.

-------------------------------------------------------------------- x

13-CR-811 (ALC)
16-CR-108 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., United States District Judge:

The parties shall file a joint status report on **July 31, 2025**.

**SO ORDERED.**

Dated:    New York, New York
          July 18, 2025

                                                */s/ Andrew L. Carter, Jr.*
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**