USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-9-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

- v. -

MARTIN AVALO,

                          Defendant.

---------------------------------------------------------------- x

13-CR-811 (ALC)
16-CR-108 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **October 16, 2025**, at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           October 9, 2025

_____
ANDREW L. CARTER, JR.
**United States District Judge**