**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-

MARTIN AVALO,

-------------------------------------------------------X

13 Cr. 811 (ALC)
16 Cr. 108 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **October 28, 2025**, at **4:30 p.m.**

SO ORDERED.

Dated: New York, New York
       October 22, 2025

                                          ANDREW L. CARTER, JR.
                                          UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/22/25